IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Sheila Knox
      Plaintiff             *

      vs.              *

                          Civil Action No.: SAG-23-2254

Amazon.com Services LLC      *
      Defendant
                         *

## **MEMORANDUM AND ORDER**

This Court has reviewed the filings in this employment discrimination case, including the motion to dismiss filed by Defendant Amazon.com Services LLC, ECF 7, the opposition filed by Plaintiff Sheila Knox, ECF 9, Amazon's reply, ECF 10, and Ms. Knox's supplemental letter, ECF 11. No hearing is necessary. *See* Loc. R. 105.6 (D. Md. 2023). The motion will be GRANTED and the case will be dismissed without prejudice and closed.

The record is clear that Ms. Knox filed a charge of discrimination with the EEOC on April 27, 2023, alleging race and sex discrimination and retaliation. ECF 7-2. That charge remains under investigation by the EEOC. Less than 180 days have elapsed since Ms. Knox filed the charge, and the EEOC has not issued a right-to-sue letter in this matter. The law does not permit Ms. Knox to file suit in federal court until she has exhausted her administrative remedies in one of those two ways. *See* 42 U.S.C. 2000e-5(f)(1); *Fort Bend Cnty. v. Davis*, 139 S. Ct. 1843, 1846-47 (2019). Accordingly, this case will be dismissed and closed. Because it is being dismissed without prejudice, Ms. Knox may file a new complaint once her administrative remedies are properly exhausted.

Date: September 18, 2023                                     /s/
                                                          Stephanie A. Gallagher
                                                          United States District Judge